UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2012

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| SIAR KARMAND, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii) |
| Defendant. | : | (Unlawful Possession with Intent to Distribute 50 Grams or More of Methamphetamine) |
| | : | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to Distribute Gamma Hydroxybutyric Acid) |
| | : | 21 U.S.C. § 844(a) |
| | : | (Simple Possession of a Controlled Substance) |
| | : | 48 D.C. Code § 1103(a) |
| | : | (Unlawful Possession of Drug Paraphernalia) |
| | : | 21 U.S.C. § 853 |
| | : | (Criminal Forfeiture) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 2, 2012, within the District of Columbia, **SIAR KARMAND**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, also known as Ice, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and the amount of Methamphetamine,

also known as Ice, its salts, isomers, and salts of its isomers, was 50 Grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Methamphetamine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii))

## COUNT TWO

On or about May 2, 2012, within the District of Columbia, **SIAR KARMAND**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of Gamma Hydroxybutyric Acid, also known as GHB, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Gamma Hydroxybutyric Acid**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about May 2, 2012, within the District of Columbia, **SIAR KARMAND**, did unlawfully, knowingly, and intentionally possess a mixture or substance containing a detectable amount of Marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FOUR

On or about May 2, 2012, within the District of Columbia, SIAR KARMAND did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of Benzylpiperanzine, also known as BZP, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FIVE

On or about May 2, 2012, within the District of Columbia, SIAR KARMAND did unlawfully knowingly and intentionally have in his possession drug paraphernalia, that is a digital scale, ziplock bags, a bong, and syringes, with the intent to use the said digital scale, ziplock bags, a bong, and syringes unlawfully to manufacture, compound, convert, produce, process, prepare, test, analyze, pack, repack, store, contain, conceal, inhale, ingest and otherwise introduce a controlled substance into the human body.

(**Unlawful Possession of Drug Paraphernalia**, in violation of Title 48, District of Columbia Code, Sections 1103(a))

## FORFEITURE ALLEGATION

1. The violations charged in Counts One and Two of this Indictment are re-alleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the violations charged in Counts One and Two of this Indictment, the defendant, **SIAR KARMAND,** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of Counts One and Two of this Indictment.

3. If any of the property described above as being subject to forfeiture pursuant to Title 21, United States

Code, Section 853, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, in violation of Title 21, United States Code, Section 853)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in

and for the District of Columbia