AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America )
v. )
SIAR KARMAND ) Case No. CR -12-243 - 01
)
)
_____ )
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SIAR KARMAND ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii) (Unlawful Possession with Intent to Distribute 50 Grams or More of Methamphetamine); 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Gamma Hydroxybutyric Acid); 21 U.S.C. § 844(a) (Simple Possession of a Controlled Substance); and 48 D.C. Code § 1101(1)(E), 1101(1)(I), 1101(1)(K), and 1101(1)(L)(xi) (Unlawful Possession of Drug Paraphernalia)

Date: 11/13/2012

ALAN KAY
U.S. MAGISTRATE JUDGE
*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ALAN KAY, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/13/12 , and the person was arrested on *(date)* 11/14/12
at *(city and state)* Washington, D.C.

Date: 11/14/12

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By Mark Coates 11-13-12
Deputy Clerk

*Arresting officer's signature*

Michael S. Regal DUSM
*Printed name and title*