## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| v. | : Criminal No.: 12-243 RC |
| | : |
| | : |
| **SIAR KARMAND** | : |

### ENTRY OF APPEARANCE

Please enter the appearance of Howard R. Cheris, Esq. as retained counsel for the Defendant in this action.

Respectfully submitted,

Armstrong & Cheris, Chtd.

_/s/_____
Howard R. Cheris, Esq.  (Bar #433625)
204 Monroe St.
Rockville, MD  20850
Phone:   (301) 762-0505
Fax:       (301) 762-0080
Email:   HCheris@ArmstrongCheris.com

Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Motion was either delivered electronically, faxed, hand-delivered or mailed first class, postage prepaid this 15 day of _November___, 2012, to the Office of the United State's Attorney, 555 4th St., Washington, DC  20001.

_/s/_____
Howard R. Cheris