UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 12-243 (RC)** |
| | : | |
| **SIAR KARMAND,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**GOVERNMENT'S CONSENT MOTION TO CONTINUE**
**THE STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, with the consent of the defendant, respectfully moves this Court for a continuance of the status hearing that is currently scheduled for February 19, 2013, at 11:00 a.m. In support of this motion, the government states as follows:

The parties are still engaged in discussions regarding this matter. The government is seeking additional time to resolve some outstanding matters related to this case. On February 15, 2013, government counsel communicated with defense counsel Howard Cheris, Esq., regarding this motion. On behalf of the defendant, Mr. Cheris consented to the government filing this motion and joins in the request to continue the status hearing. The defendant also agrees to toll time under the Speedy Trial Act between February 19, 2013, and the next status hearing date, in the interest of justice to permit further discussions between the parties. The parties are available for a hearing on Wednesday, February 27, 2013, at 11:00 a.m. If that date is not convenient for the Court, the parties are available schedule a mutually convenient date with the Court's calendar.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the status hearing scheduled for February 19, 2013, be rescheduled, and that the time between February 19, 2013, and the next status hearing be tolled under the Speedy Trial Act.

                                      Respectfully submitted,

                                      RONALD C. MACHEN JR.
                                      United States Attorney
                                      D.C. Bar No. 447-889

By:         /s/
           Karla-Dee Clark
           D.C. Bar No. 435-782
           555 Fourth Street, N.W., Room 4826
           Washington, D.C. 20530
           (202) 252-7740
           Karla-dee.clark@usdoj.gov